**Petition for Writ of Habeas Corpus Denied and Memorandum Opinion filed December 6, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00105-CV

---

### IN RE ZAZA MAMULAISHVILI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-03816**

---

## MEMORANDUM OPINION

On February 15, 2023, relator Zaza Mamulaishvili ("Zaza") filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, Zaza asks this court to compel the Honorable Christine Weems, presiding judge of the 281st District Court of Harris County, to vacate the portion of the trial court's March 8, 2022 final judgment holding Zaza in contempt.

Relator has misrepresented the facts in his petition. Relator's petition on page 2, under "statement of jurisdiction," states that "[h]ere, Relator is released on bond pending review of his petition." Additionally, the petition on page 21, under "prayer," requests that "the Court discharge any bond paid by Relator and for all other relief to which he may be entitled."

After the court requested relator supplement the record with evidence of a bond, relator filed a letter that provides as follows: "The bond release does not exist in this matter as Mr. Mamulaishvili ("Zaza") has not been in custody and is not on bond provision."

Relator has not established that he is entitled to habeas relief. Accordingly, we deny relator's petition for writ of habeas corpus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.